## GANDÍA v. PIZÁ HERMANOS, S. EN C.

APELACIÓN procedente de la Corte de Distrito de San Juan.

MOCIÓN para que se desestime la apelación.

No. 683.—Resuelto en marzo 28, 1911.

APELACIÓN—DESESTIMACIÓN.—Aunque el término de treinta días para presentar la transcripción de autos es bastante y dentro de él debe aquélla presentarse, sin embargo, habiendo demostrado el apelante una buena y justa causa para que esta corte use de su facultad discrecional y le permita substanciar la apelación, cuál es la de que habiendo vencido el término un día sábado, presentó la transcripción el lunes siguiente, actuando el apelante en la creencia de que era válida una prórroga que para ello le concediera la corte inferior, procede denegar la moción sobre desestimación de la apelación.

Abogado del apelante: *Sr. Juan Hernández López.*
Abogado del apelado: *Sr. Antonio Sarmiento.*

Habiendo este Tribunal examinado la moción del apelado para que se desestime la apelación interpuesta, y la contestación del apelante con los documentos acompañados, y habiendo considerado además los informes de los abogados de ambas partes en el acto de la vista y consultado las autoridades por ellos invocados;

Apareciendo que si bien a juicio de esta Corte, el término de treinta días fijado en sus reglas para presentar las transcripciones de autos, es bastante y debe cumplirse estrictamente, venciendo dicho término en el presente caso el sábado once del actual, y habiéndose presentado la transcrip-

ción el lunes siguiente actuando el apelante en la creencia de que era válida la prórroga que había solicitado en tiempo y que le había concedido, aunque sin autoridad legal para ello, la Corte de Distrito;

En tal virtud, visto lo dispuesto en la regla 58 del Reglamento vigente de este tribunal y existiendo una buena y justa causa para ello, la corte, en el ejercicio de su discreción, resuelve no haber lugar a desestimar la apelación interpuesta en este caso, la que continuará tramitándose con la mayor actividad hasta dictar la resolución firme que proceda.

*Sin lugar la moción.*

Jueces concurrentes: Sres. Presidente Hernández, y Asociados MacLeary, Wolf y del Toro.

El Juez Asociado, Sr. Aldrey, no tomó parte en la resolución de este caso.